IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JESUS GUTIERREZ,

        Appellant,

          Case No.  5D21-2832
 v.                LT Case No. 2021-SC-13523-O


JAZRIEL MORA,

        Appellee.
_____/

Decision filed April 26, 2022

Appeal from the County Court
for Orange County,
Amy Jo Carter, Judge.

Joey D. Gonzalez, of Joey Gonzalez,
Attorney, P.A., Coral Gables, for
Appellant.

No Appearance for Appellee.


PER CURIAM.


     AFFIRMED.



LAMBERT, C.J., EDWARDS and EISNAUGLE, JJ., concur.